Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN F. HERNANDEZ, Appellant.

*Crimes — grand larceny in first degree — judgment of conviction affirmed.*

*People* v. *Hernandez*, 210 App. Div. 842, affirmed.

(Argued February 25, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 17, 1924, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Imre M. Schwarz* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga* and *Charles Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.

---

RIDLEY WATTS et al., Respondents, *v.* PHILLIPS-JONES CORPORATION, Appellant.

*Contract — sale — evidence — action to recover for alleged breach of contract to purchase goods — defenses that plaintiffs were not real parties in interest and that goods tendered were defective — evidence of prices.*

*Watts* v. *Phillips-Jones Corp.*, 211 App. Div. 523, affirmed.

(Argued February 25, 1926; decided March 30, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict.   The action was brought to recover for breach of an alleged contract whereby defendant agreed to purchase from plaintiffs some 300,000 yards of unbleached cotton cloth to be delivered in weekly installments com-

mencing in November, 1920. Defendant contended that plaintiffs in making the contract acted as agents for others and have no right to maintain the action in their own names, also that the goods tendered were defective and not in accordance with the terms of the contract.

*Louis Marshall, I. Henry Kutz, Hugo Hirsh, Emanuel Newman* and *Benjamin Reass* for appellant.

*Eugene W. Leake* and *Edward A. Craighill, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and ANDREWS, JJ.; HISCOCK, Ch. J., McLAUGHLIN and LEHMAN, JJ., dissent, on the ground that purported market reports were improperly received as evidence of prices.

---

EBBA VEECK, Respondent, *v.* GUSTAV A. VEECK, Appellant.

*Husband and wife — former adjudication — action by wife to set aside separation agreement — defense of res adjudicata based upon findings and judgment in former action.*

*Veeck* v. *Veeck*, 215 App. Div. 705, affirmed.

(Submitted February 26, 1926; decided March 30, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1925, which affirmed an order of Special Term denying a motion by defendant for judgment on the pleadings. The action was brought to set aside a separation agreement between husband and wife on the ground that it did not make proper provision for the plaintiff according to the present means of the defendant. The defense of *res adjudicata* was based upon the findings and judgment in a previous action to set aside the same agreement. (See 237 N. Y. 555.)

The following question was certified: " Was the defendant entitled as a matter of law to judgment on the pleadings, dismissing the complaint? "